UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND KYLE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SHERIFF SCOTT JONES,<br><br>　　　　Defendant. | No. 2:18-cv-2143-EFB P<br><br><br>ORDER |

Plaintiff is a county inmate proceeding without counsel in an action brought under 42 U.S.C. § 1983. Plaintiff has filed an unsigned complaint.

Congress mandates that district courts engage in a preliminary screening of cases in which prisoners seek redress from a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The court must identify cognizable claims or dismiss the complaint, or any portion of the complaint, if the complaint "is frivolous, malicious, or fails to state a claim upon which relief may be granted," or "seeks monetary relief from a defendant who is immune from such relief." *Id.* § 1915A(b).

The court cannot conduct the required screening of plaintiff's complaint because plaintiff has not signed it. *See* ECF No. 1. Rule 11 of the Federal Rules of Civil Procedure requires that "[e]very pleading, written motion, and other paper . . . be signed by at least one attorney of record in the attorney's name—or by a party personally if the party is unrepresented." Fed. R. Civ. P.

1

11(a).  Because plaintiff did not sign the complaint, it will be disregarded.  Within thirty days, plaintiff may file a complaint that is signed.  Failure to comply with this order may result in a recommendation that this action be dismissed for failure to prosecute.

So ordered.

Dated: August 8, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE